IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: MOTION TO QUASH KROGER COMPANY SUBPOENA TO UNITED FOOD AND COMMERCIAL WORKERS, LOCAL 400, PURSUANT TO FRCP 45 | Case No. _____ |

**UNITED FOOD AND COMMERCIAL WORKERS, LOCAL 400'S**
**NOTICE OF MOTION TO QUASH**

United Food and Commercial Workers, Local 400 ("Local 400"), by and through its undersigned attorneys and pursuant to Federal Rule 45, notices this Motion to Quash the Kroger Company's ("Kroger") third party Subpoena To Testify At A Deposition In A Civil Action, which seeks to compel Local 400's attendance at a deposition at 767 Fifth Avenue, New York, New York 10153 on May 30, 2024 at 9:00am. Local 400 respectfully requests that this Court enter an order quashing the subpoena because it fails to meet the requirements of FRCP 45, along with such other relief as the Court deems appropriate.

Dated: May 29, 2024 	Respectfully submitted,

    */s/ Nicholas J. Jackson*
Nicholas J. Jackson
Bar No. 5524830
Handley Farah & Anderson PLLC
33 Irving Pl.
New York, NY 10003
Telephone: 347-826-1308
Email: njackson@hfajustice.com
*Counsel to Nonparty Local 400*

John Durkalski
(Pro Hac Vice Forthcoming)
Jonathan Cakmakci
(Pro Hac Vice Forthcoming)
Butsavage & Durkalski, P.C.
1920 L Street NW, Ste 301
Washington, DC 20036
Telephone: 202-861-9700
Email: jdurkalski@butsavage.com
*Counsel to Nonparty Local 400*