UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: MOTION TO QUASH KROGER COMPANY SUBPOENA TO UNITED FOOD AND COMMERCIAL WORKERS, LOCAL 400 | 24mc245 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On May 29, 2024, Local 400 moved to quash Kroger's third-party subpoena to testify at a deposition on May 30, 2024, at 9:00 AM. This matter was not assigned to the undersigned until June 3, 2024. **By June 5, 2024, at 5:00 PM**, either (1) the parties should let the Court know that the motion is moot or has been resolved, or if not, (2) Kroger should file a response to the motion, which can be in the form of a letter. By **June 6, 2024, at 5:00 PM**, Local 400 may respond to Kroger's response, also by way of letter. The parties are also encouraged over these two days to see if they can work this issue out on their own.

SO ORDERED.

Dated: June 5, 2024
       New York, New York

                                              _____
                                              ARUN SUBRAMANIAN
                                              United States District Judge